# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

NO. 2021 CW 1332

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL.

**FEBRUARY 14, 2022**

---

In Re:   National Union Fire Insurance Company of Pittsburg, PA and AIG Specialty Insurance Company applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:   WELCH, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**JEW**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT